|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | EASTERN DISTRICT OF CALIFORNIA |
| SIDNI ALFRED MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>CORIZON HEALTH, et al.,<br><br>    Defendants. | 1:18-cv-00708-BAM  (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SUBMIT CERTIFIED TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE PAST SIX MONTHS TO PROCEED *IN FORMA PAUPERIS*, OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Sidni Alfred Moore is a county jail inmate proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's application to proceed in forma pauperis, filed June 21, 2018. (Doc. 5)  Plaintiff's application is filled out and signed, and the certification section of the application is also filled-out.  However, there is no copy of Plaintiff's trust account statement showing transactions at the jail for the past six months attached.  As a result, the Court cannot consider Plaintiff's application.

The Court will allow Plaintiff to submit a certified copy of his trust account statement showing transactions for the past six months if he wishes for the application to be considered. Alternatively, Plaintiff may pay the filing fee for this action.  If Plaintiff fails to submit a certified copy of the trust account statement within the time permitted, his application must be denied, as incomplete, and this action will be dismissed for the failure to pay the filing fee.

1

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Plaintiff must submit a certified copy of his trust account statement showing transactions for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

2. No extension of time will be granted without a showing of good cause; and

3. <u>The failure to comply with this order will result in a recommendation to dismiss this action</u>.

IT IS SO ORDERED.

Dated: **June 26, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE