UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI ALFRED MOORE,<br><br>Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, et al.,<br><br>Defendants. | Case No.: 1:18-cv-00708-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER AND FAILURE TO PROSECUTE<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Sidni Alfred Moore is a county jail inmate proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff initiated this action by filing a complaint on May 24, 2018. (Doc. No. 1.) Plaintiff did not pay the $400.00 filing fee, or submit an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. On May 29, 2018, Plaintiff was ordered to either pay the filing fee or submit a completed application to proceed *in forma pauperis*. (Doc. No. 3.)

On June 21, 2018, Plaintiff submitted a partial application to proceed *in forma pauperis*. (Doc. No. 5.) However, Plaintiff did not submit any certified copy of his trust account statement showing transactions at the jail for the past six months. On June 27, 2018, the Court ordered Plaintiff to submit the certified statement or pay the filing fee for this action within thirty (30) days. (Doc. No. 6.)

1

The deadline to submit the certified trust account statement or pay the filing fee has expired, and Plaintiff has not complied with the court's order, or otherwise communicated with the Court.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Further, the failure of Plaintiff to prosecute this action is grounds for dismissal. *In re Phenylpropanolamine (PPA) Prod. Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006).

Accordingly, the Court HEREBY ORDERS that:

1. Within twenty (20) days of service of this order, Plaintiff shall EITHER:

    a. Submit a certified copy of Plaintiff's trust account statement showing the past six months of transactions, or in the alternative, pay the $400.00 filing fee for this action; OR

    b. Show cause in writing why this action should not be dismissed for failure to prosecute and failure to obey a court order; and

3. **Plaintiff's failure to comply with this order will result in the dismissal of this action for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated: __**August 6, 2018**__      /s/ *Barbara A. McAuliffe* _
UNITED STATES MAGISTRATE JUDGE