UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNI ALFRED MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>CORIZON HEALTH, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00708-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br>(Doc. No. 7)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br>(Doc. No. 5)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY JAIL |

Plaintiff Sidni Alfred Moore is a prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 21, 2018, Plaintiff submitted a partial application to proceed *in forma pauperis*. (Doc. No. 5.) However, Plaintiff did not submit any certified copy of his trust account statement showing transactions at the jail for the past six months.

On June 27, 2018, the Court ordered Plaintiff to submit the certified statement or pay the filing fee for this action within thirty (30) days. (Doc. No. 6.) After Plaintiff failed to comply or otherwise communicate with the Court, an order to show cause was issued on August 6, 2018. (Doc. No. 7.) Plaintiff was ordered to submit a certified statement within twenty (20) days or pay the filing fee, or to show cause in writing why this action should not be dismissed. (Doc. No. 7.)

1

On August 8, 2018, Plaintiff submitted a certified copy of his inmate trust account statement. (ECF No. 8.) Therefore, the order to show cause is discharged, and the Court now evaluates Plaintiff's application.

The Court finds that Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's trust account. The Fresno County Jail is required to send to the Clerk of the Court payments from Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The order to show cause issued on August 6, 2018 (Doc. No. 7) is DISCHARGED;

2. Plaintiff's application to proceed in forma pauperis (Doc. No. 5) is GRANTED;

3. **The Fresno County Sheriff or his designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be clearly identified by the name and number assigned to this action;**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis application on the Fresno County Jail, via the Court's electronic case filing system (CM/ECF); and

///

///

///

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated: **August 10, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE